**Dismissed and Memorandum Opinion filed March 4, 2014.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-13-00701-CV

### NATHANIEL JONES, Appellant

### V.

### HOUSTON POLICE DEPARTMENT, ET. AL., Appellees

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-25627**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 10, 2013. The clerk's record was filed October 9, 2013. No reporter's record or brief was filed.

On December 13, 2013, this court issued an order stating that unless appellant submitted a brief on or before January 21, 2014, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.